1  Paul R. Irish
   Attorney at Law
2  PAUL R. IRISH, SBN 61592Attorney at Law
   2001 S Street
3  Sacramento, California   95811
   Telephone:   (916) 454-0966
4
   Attorney for Defendant
5  MIGUEL SOTELO

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 THE UNITED STATES OF AMERICA,        Case No. 2:14-CR-0113-MCE

12         Plaintiff,                   STIPULATION AND
                                        ORDER TO CONTINUE STATUS
13 vs.                                  CONFERENCE

14 MIGUEL SOTELO,                       Date:   October 30, 2014
                                        Time:   9:00 a.m.
15         Defendant.                   Judge: Honorable Morrison C. England
                                        Dept:   7
16

17
         IT IS HEREBY STIPULATED by and between the parties hereto through their
18
   respective counsel, Josh F. Sigal, Assistant U.S. Attorney, attorney for plaintiff  and Paul R.
19
   Irish, attorney for defendant, Miguel Sotelo, that the current status conference hearing date of
20
   October 30, 2014, be vacated and the matter rescheduled for December 11, 2014 at 9:00 a.m.
21
         The request to continue the status conference made fo the following reasons:
22
         (1)     Additional time is needed to complete ongoing investigation in this matter; and
23
         (2)     Additional time is needed to conduct further negotiations for potential resolution
24
   of this case.
25
         The Government and defendant agree that an exclusion of time is appropriate under 18
26
   U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).    This exclusion of
27

28 STIPULATION & ORDER                                                            ‖↦•⊙ 1

time includes the period from October 30, 2014, up to and including December 11, 2014.

Assistant U.S. Attorney Josh F. Sigal agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:     July 3, 2014                               /s/ Paul R. Irish
                                                      PAUL R. IRISH, Attorney for Defendant
                                                      MIGUEL SOTELO


DATED:     July 3, 2014                               /s/ Paul R. Irish for
                                                      JOSH F. SIGAL
                                                      Assistant U.S. Attorney

**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court ORDERS that the Status Conference currently noticed for October 30, 2014, shall be RESCHEDULED to December 11, 2014 at 9:00 a.m. in Department 7.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the bests interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from October 30, 2014, up to and including December 11, 2014.

IT IS SO ORDERED.

Dated:   October 29, 2014

                                                      _____
                                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT

STIPULATION & ORDER                                                                      2