PAUL R. IRISH, SBN 61592
Attorney at Law
2001 **A**S**@** Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
MIGUEL SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL SOTELO,<br><br>　　　　　Defendant. | Case No. 2:14-CR-0113-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  December 11, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr.<br>Dept:  7 |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Josh F. Sigal, Assistant U.S. Attorney, attorney for plaintiff  and Paul R. Irish, attorney for defendant, Miguel Sotelo, that the current status conference hearing date of December 11, 2014, be vacated and the matter rescheduled for February 5, 2015 at 9:00 a.m.

　　　　The request to continue the status conference is made for the following reasons:

　　　　(1)　　Additional time is needed to complete ongoing investigation in this matter; and

　　　　(2)　　Additional time is needed to conduct further negotiations for potential resolution of this case.

　　　　The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. **'**3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).   This exclusion of time includes the period from December 11, 2014, up to and including February 5, 2015.

STIPULATION & ORDER

Assistant U.S. Attorney Josh F. Sigal agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:   12/9/2014                           /s/ Paul R. Irish
PAUL R. IRISH, Attorney for Defendant
MIGUEL SOTELO

DATED:   12/9/2014                           /s/ Paul R. Irish for
JOSH F. SIGAL
Assistant U.S. Attorney

**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for December 11, 2014, shall be rescheduled to February 5, 2015 at 9:00 a.m. in Department 7.  Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly,  time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from December 11, 2014, up to and including February 5, 2015.

IT IS SO ORDERED.

Dated:   December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & ORDER