PAUL R. IRISH, SBN 61592
Attorney at Law
2001 AS@ Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
MIGUEL SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MIGUEL SOTELO,<br><br>           Defendant. | Case No. 2:14-CR-0113-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  February 5, 2015<br>Time:  9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr.<br>Dept:  7 |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Josh F. Sigal, Assistant U.S. Attorney, attorney for plaintiff and Paul R. Irish, attorney for defendant, Miguel Sotelo, that the current status conference hearing date of February 5, 2015, be vacated and the matter rescheduled for April 9, 2015 at 9:00 a.m.

    The request to continue the status conference is made for the following reasons:

    (1)    Additional time is needed to complete ongoing investigation in this matter; and

    (2)    Additional time is needed to conduct further negotiations for potential resolution of this case.

    The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).   This exclusion of time includes the period from February 5, 2015, up to and including April 9, 2015.

STIPULATION & ORDER                                                                  **Page** 1

Assistant U.S. Attorney Josh F. Sigal agrees to this request and has authorized defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:  2/4/2015                                                                                  /s/ Paul R. Irish
PAUL R. IRISH, Attorney for Defendant
MIGUEL SOTELO

DATED:  2/4/2015                                                                                  /s/ Paul R. Irish for
JOSH F. SIGAL
Assistant U.S. Attorney

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for February 5, 2015, shall be rescheduled to April 9, 2015, at 9:00 a.m. in Department 7.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from February 5, 2015, up to and including April 9, 2015.

IT IS SO ORDERED.

Dated:   February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT