1 PAUL R. IRISH, SBN 61592
Attorney at Law
2001 **A**S**@** Street
2 Sacramento, California   95811
Telephone:   (916) 454-0966
3

4 Attorney for Defendant
MIGUEL SOTELO

5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 9  THE UNITED STATES OF AMERICA, | Case No. 2:14-CR-0113-MCE |
| 10         Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 11  vs. | Date:   April 9, 2015 |
| 12  MIGUEL SOTELO, | Time:   9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |
| 13         Defendant. | Dept:   7 |

14

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Josh F. Sigal, Assistant U.S. Attorney, attorney for plaintiff  and Paul R.

18 Irish, attorney for defendant, Miguel Sotelo, that the current status conference hearing date of

19 April 9, 2015, be vacated and the matter rescheduled for June 4, 2015 at 9:00 a.m.

20         The request to continue the status conference is made for the following reasons:

21         (1)     Additional time is needed to complete ongoing investigation in this matter; and

22         (2)     Additional time is needed to conduct further negotiations for potential resolution

23 of this case.

24         The Government and defendant agree that an exclusion of time is appropriate under 18

25 U.S.C. **'**3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).    This exclusion of

26 time includes the period from April 9, 2015, up to and including June 4, 2015.

27

28
STIPULATION & ORDER                                                                                  **Page** 1

1    Assistant U.S. Attorney Josh F. Sigal agrees to this request and has authorized

2  defendant=s attorney, Paul R. Irish to sign this Stipulation on his behalf.

3    IT IS SO STIPULATED.

4

5  DATED:                4/7/2015                                    /s/ Paul R. Irish

                                                            PAUL R. IRISH, Attorney for Defendant
6                                                           MIGUEL SOTELO

7

8  DATED:                4/47/2015                                  /s/ Paul R. Irish for

                                                            JOSH F. SIGAL
9                                                           Assistant U.S. Attorney

10

11                              **ORDER**

12    Having received, read, and considered the stipulation of the parties, and good cause

13  appearing therefrom, the Court orders that the status conference currently set for April 9, 2015,

14  shall be rescheduled to June 4, 2015 at 9:00 a.m. in Department 7.   Based on the stipulations

15  and representations of the parties, the Court finds that the ends of justice outweigh the best

16  interests of the public and the defendant in a speedy trial.   Accordingly, time under the Speedy

17  Trial Act shall be excluded under '3161(h)(7)(B)(iv); Local Code T4 (reasonable time to

18  prepare), from April 9, 2015, up to and including June 4, 2015.

19    IT IS SO ORDERED.

20  Dated:   April 9, 2015

21

22  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
23  UNITED STATES DISTRICT COURT

24

25

26

27

28

STIPULATION & ORDER                                              **Page** 2