1   BENJAMIN B. WAGNER
United States Attorney
2   JOSH FRANKLIN SIGAL
Special Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          CASE NO.  2:14-CR-113 MCE

12                         Plaintiff,   STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                    v.                FINDINGS AND ORDER

14   MIGUEL SOTELO,                     DATE: June 4, 2015
                                        TIME: 9:00 a.m.
15                         Defendant.   COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19   through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on June 4, 2015.

21          2.      By this stipulation, the parties now move to continue the status conference until July 23,

22   2015, and to exclude time between June 4, 2015, and July 23, 2015, under Local Code T4.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24                  a)      The government has represented that the discovery associated with this case

25   includes approximately 215 pages of documents, including investigative reports. All of this

26   discovery has been either produced directly to counsel and/or made available for inspection and

27   copying.

28   ///

1
2
     b)     Counsel for defendant desires additional time to consult with his client, conduct investigation and research, review discovery, and to discuss potential resolutions with his client.

3
4
5
     c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6
7
8
     d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9
10
11
12
13
14
     e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2015 to July 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  June 2, 2015                                        BENJAMIN B. WAGNER
                                                                 United States Attorney
7

8                                                                /s/ *JOSH FRANKLIN SIGAL*
                                                                 JOSH FRANKLIN SIGAL
9                                                                Special Assistant U.S. Attorney

10

11   Dated:  June 2, 2015                                        /s/ *JOSH FRANKLIN SIGAL* for
                                                                 PAUL IRISH
12                                                               Counsel for Defendant
                                                                 MIGUEL SOTELO
13

14

15

16                                          **ORDER**

17        IT IS SO ORDERED.

18   Dated:  June 3, 2015

19

20                                                   _____
                                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
21                                                   UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28