UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0113 MCE DB P |
| Respondent, | |
| v. | ORDER |
| MIGUEL SOTELO, | |
| Movant. | |

Respondent's motion to waive the attorney-client privilege, permit discovery, and stay the briefing schedule (ECF No. 74) has been set for a hearing before the undersigned for December 18, 2020. Pursuant to Local Rule 230(l), motions in prisoner actions shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Accordingly, the December 18, 2020, hearing is VACATED. Respondent's motion shall be submitted on the briefs.

Dated: December 8, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1