UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MIGUEL SOTELO,<br><br>Movant. | No.  2:14-cr-0113 MCE DB P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Recently, Movant filed a motion seeking the appointment of a Spanish interpreter at any hearings before this Court. Since there are no hearings planned or anticipated, this motion will be denied without prejudice.

Movant also moves for the appointment of counsel "due to the complicity of [this] case." There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

1   Accordingly, IT IS HEREBY ORDERED that petitioner's December 26, 2020, request for
2 a Spanish interpreter and for the appointment of counsel (ECF No. 79) is denied without
3 prejudice to a renewal of the motion at a later stage of the proceedings.
4 Dated: January 5, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/sote0113.interp+mac